

UNITED STATES DISTRICT COURT    **FILED**

DISTRICT OF CONNECTICUT

2003 OCT 30  P 12:08

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV1569 (WWE) |
| ONE PARCEL OF PROPERTY LOCATED AT 53 BAILEY WOOD ROAD, BROOKLYN, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | : |
| Defendant. | : October 30, 2003 |
| [CLAIMANTS: DIMITRIOS KRIDZELIS, HELEN KRIDZELIS, AND DANIELSON FEDERAL SAVINGS AND LOAN] | : |

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANTS, DIMITRIOS KRIDZELIS, HELEN KRIDZELIS, and DANIELSON FEDERAL SAVINGS AND LOAN formerly known as CARGILL BANK, now known as WESTBANK ("CLAIMANTS"), on the other, by and through their respective attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That the CLAIMANTS agree to the forfeiture of one parcel of property located at 53 Bailey Wood Road, Brooklyn, Connecticut, with all appurtenances and improvements thereon, ("DEFENDANT PROPERTY") for disposition according to law.

FILED 2003 NOV -5 3:06
US DISTRICT COURT BRIDGEPORT CT