UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1569 (WWE) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 53 BAILEY WOOD | : | |
| ROAD, BROOKLYN, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | November 25, 2003 |
| | : | |
| [CLAIMANTS: DIMITRIOS KRIDZELIS, | : | |
| HELEN KRIDZELIS, AND DANIELSON | : | |
| FEDERAL SAVINGS AND LOAN] | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrant of Arrest In Rem, Stipulation for Compromise Settlement, and Order of the Court.  A

proposed Decree of Forfeiture is submitted herewith.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    ALAN MARC SOLOWAY
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    (203) 821-3700
    FEDERAL BAR # ct01581

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture was sent via postage prepaid first-class mail, this 25th day of November, 2003, to:

Joseph E. Masacaro, Esq.
Morrison, Mahoney & Miller LLP
One Constitution Plaza
Hartford, CT 06103

Nicholas Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106

J. Martin Acevedo, Esq.
David S. Hoopes, Esq.
Mayo, Gilligan & Zito, LLP
100 Great Meadow Road
Wethersfield, CT 06109


                                                  _____
                                                  ALAN MARC SOLOWAY
                                                  ASSISTANT U.S. ATTORNEY