

FILED

UNITED STATES DISTRICT COURT

2003 NOV 26

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                       :

             Plaintiff,                         :

             v.                                      :    Civil No. 3:00CV1569 (WWE)

ONE PARCEL OF PROPERTY                          :
LOCATED AT 53 BAILEY WOOD                        :
ROAD, BROOKLYN, CONNECTICUT,                     :
WITH ALL APPURTENANCES AND                       :
IMPROVEMENTS THEREON, AND                        :

             Defendant.                         :    November 25, 2003

[CLAIMANTS: DIMITRIOS KRIDZELIS,  :
HELEN KRIDZELIS, AND DANIELSON    :
FEDERAL SAVINGS AND LOAN]         :

## MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the

Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of

America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture,

Warrant of Arrest In Rem, Stipulation for Compromise Settlement, and Order of the Court. A

Motion GRANTED

Senior United States District Judge