UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 10 P 2: 31

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1569 (WWE) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 53 BAILEY WOOD | : | |
| ROAD, BROOKLYN, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | |
| | : | |
| CLAIMANTS: DIMITRIOS KRIDZELIS, | : | |
| HELEN KRIDZELIS, AND WEST BANK | : | |
| F/K/A DANIELSON FEDERAL | : | |
| SAVINGS AND LOAN] | : | |

### DECREE OF FORFEITURE

On August 17, 2000, a Verified Complaint of Forfeiture against the Defendant, one parcel of property located at 58 Bailey Wood Road, Brooklyn, Connecticut, with all appurtenances and improvements thereon, ("Defendant Property") was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C.§§ 801 et seq and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

It appearing that process was fully issued in this action and returned according to law:

That on August 24, August 31, and September 7, 2000, notice of this action was published in the Hartford Courant newspaper;

That on September 20, 2000, the United States Marshal Service personally served Helen Kridzelis and with the Verified Complaint of Forfeiture, Lis Pendens, Proposed Notice of Probable Cause Hearing, Proposed Warrant of Arrest in Rem, and United State's First Set of Interrogatories and First Request for Production of Documents;

That on September 26, 2000, Westbank, formerly known as Danielson Federal Savings and Loan, waived service of the Verified Complaint of Forfeiture, Lis Pendens, Proposed Notice of Probable Cause Hearing, proposed Warrant of Arrest in Rem, and Notice to Counsel and Pro Se Parties.

That on September 29, 2000, a Notice of Probable Cause Hearing was issued by the Court;

That on October 5, 2000, the United States Marshal Service personally served Dimitrios Kridzelis with the Verified Complaint of Forfeiture, Lis Pendens, Proposed Notice of Probable Cause Hearing, Proposed Warrant of Arrest in Rem, and United State's First Set of Interrogatories and First Request for Production of Documents;

That on October 6, 2000, Westbank, formerly known as Danielson Federal Savings and Loan filed a statement of interest in the Defendant Property, and on October 23, 2000, filed and Answer to the Verified Complaint of Forfeiture;

That on or about October 11, 2000, the Claimants, Dimitrios and Helen Kridzelis waived their right to a Probable Cause Hearing;

That on October 15, 2000, M. Donald Cardwell, then attorney for the Claimant Helen Kridzelis, waived service of the Verified Complaint of Forfeiture, Lis Pendens, Proposed Notice of Probable Cause Hearing, proposed Warrant of Arrest in Rem, United States First Set of Interrogatories and First Request for Production of Documents, and Notice to Counsel and Pro Se Parties.

That on October 16, 2000, a Warrant of Arrest in Rem was issued;

That on June 11, 2001, the United States Marshal Service executed the Warrant of Arrest in Rem;

That on February 22, 2001, Dimitrios Kridzelis filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture;

That the United States recognizes the interest of Westbank, formerly known as Danielson Federal Savings and Loan, in the Defendant Property; and

That on October 29, 2003, the parties entered into a Stipulation for Compromise Settlement in which the Claimants Dimitrios and Helen Kridzelis agreed to the forfeiture of the Defendant Property located at 53 Bailey Wood Road in Brooklyn, Connecticut, to the United States. The Claimants Dimitrios and Helen Kridzelis have agreed to vacate the Defendant Property no later than and that they would vacate the forty-five (45) days from the date of the entry of a Decree of Forfeiture.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in one parcel of property located at 53 Bailey Wood Road, Brooklyn, Connecticut, with all appurtenances and improvements thereon, under seizure in this action, except Westbank, formerly known as Danielson Federal Savings and Loan, be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that one parcel of property located at 53 Bailey Wood Road, Brooklyn, Connecticut, with all appurtenances and improvements thereon,

be forfeited to the United States of America and disposed of according to law.

Dated at Bridgeport, Connecticut, this 8th day of December, 2003.

_____
HONORABLE WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE