**U.S. Department of Justice**
**United States Marshals Service**

ENTERED CATS

**PROCESS RECEIPT AND RETURN**
CLOSED CATS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:00CV1569(WWE) |
| DEFENDANT | TYPE OF PROCESS |
| 53 Bailey Wood Road, Brooklyn, Connecticut | Decree of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
53 Bailey Wood Road, Brooklyn, Connecticut

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
53 Bailey Wood Road, Brooklyn, Connecticut

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Alan M. Soloway
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

ORIGINAL

Signature of Attorney or other Originator requesting service on behalf of:
Alan M. Soloway — AUSA  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (203) 821-3700
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: 14
District to Serve: 14
Signature of Authorized USMS Deputy or Clerk
Date: 1/6/2004

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/6/2004
Time: 0900  ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt